1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  STEVEN G. WARNER, State Bar No. 239269
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5747
    Fax: (415) 703-5843
8   Email: Steven.Warner@doj.ca.gov

9  Attorneys for Respondent Governor's Office
   SF2007403222

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVATORE GRAFFAGNINO,<br><br>                          Petitioner,<br><br>     v.<br><br>BEN CURRY, WARDEN,<br><br>                         Respondent. | Case No. C07-3728 JSW<br><br>**REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PETITION; SUPPORTING DECLARATION OF COUNSEL**<br><br>Judge: The Honorable Jeffrey S. White |

### REQUEST FOR EXTENSION OF TIME

Petitioner Salvatore Graffagnino is a California state inmate proceeding *pro se* in this habeas corpus action. Graffagnino, who is currently serving an indeterminate sentence for second-degree murder, challenges the Governor's reversal of the Board of Parole Hearings' parole grant at his 2005 subsequent consideration hearing. On November 20, 2007, this Court

///

///

///

issued an order to show cause. For the reasons set forth in the accompanying declaration of counsel, Respondent respectfully requests a thirty-day extension of time, up to and including February 22, 2008, to file a responsive pleading in this matter.

Dated: January 22, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

*/s/*

STEVEN G. WARNER
Deputy Attorney General
Attorneys for Respondent

40207579.wpd

## DECLARATION OF COUNSEL

I, Steven G. Warner, declare:

1. I am an attorney licensed to practice before the courts of the State of California. I am employed by the California Office of the Attorney General as a Deputy Attorney General, in the Correctional Writs and Appeals section.

2. I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Salvatore Graffagnino.

3. On November 20, 2007, this Court issued an order to show cause requiring Respondent to file a responsive pleading by February 22, 2008.

4. I was assigned this case on November 30, 2007. Since that time I have had sixteen filings due in other matters, and have been out of the office on six working days. Thus, I am requesting an extension of time to file a responsive pleading.

5. Mr. Graffagnino is representing himself, and he is not easily reachable for notification that I am requesting an extension of time because he is currently incarcerated.

6. This request is not made for any purpose of harassment, undue delay, or for any improper reason.

7. Without an extension of time, Respondent would be substantially harmed or prejudiced because Respondent would not have an opportunity to prepare a thorough responsive pleading.

I declare under penalty of perjury that the above is true and correct, and that this declaration was executed on January 22, 2008, in San Francisco, California.

/s/ Steven G. Warner
Steven G. Warner
Deputy Attorney General

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Graffagnino v. Curry**

No.:   **U. S. D. C., N. D., S. F. DIV., C 07-3728 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **January 22, 2008**, I served the attached

1. **REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PETITION; SUPPORTING DECLARATION OF COUNSEL**
2. **[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Salvatore Graffagnino, E-89844**
**Correctional Training Facility**
**P.O. Box 705**
**Soledad, CA 93960**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 22, 2008**, at San Francisco, California.

          J. Baker                                                                    /s/ J. Baker
          Declarant                                                                    Signature

40208768.wpd