FILED
JAN 25 2008
RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVATORE GRAFFAGNINO,<br><br>                Petitioner,<br><br>v.<br><br>BEN CURRY, WARDEN,<br><br>                Respondent. | C07-3728 JSW<br><br>[PROPOSED] ORDER<br>(Docket 3) |

This Court considered Respondent's Request for an Extension of Time to Respond to Petition, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time is **GRANTED**. Respondent shall respond to the petition by **February 22, 2008**. If Petitioner wishes to respond to the answer or motion, he shall do so by filing a traverse or opposition to the motion with this Court and serving it on Respondent within 30 days of his receipt of the response.

Dated: _____   _____
The Honorable Jeffrey S. White
United States District Judge

[Proposed] Order

*Graffagnino v. Curry*
Case No. C07-3728 JSW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SALVATORE GRAFFAGNINO,

    Plaintiff,

v.

BEN CURRY et al,

    Defendant.
    _____/

Case Number: CV07-03728 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Salvatore Graffagnino
E89844
P.O. Box 705
Soledad, CA 93960-0705

Steven Grant Warner
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

Dated: January 25, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk