**EXHIBIT 1**

# REPORT – INDETERMINATE SENTENCE, OR OTHER SENTENCE CHOICE

FORM CR 291

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** MONTEREY  E89844
**BRANCH** ___

COURT I.D.: 2 7

FILED MAR 15 11 24 AM '91

**PEOPLE OF THE STATE OF CALIFORNIA versus**
**DEFENDANT:** SALVATORE GRAFFAGNINO
**AKA:**
☒ PRESENT   ☐ NOT PRESENT

**CASE NUMBER(S):**
CR 16037 - A
- B
- C
- D
- E

**REPORT OF:**
☐ DEATH SENTENCE
☒ INDETERMINATE SENTENCE
☐ OTHER SENTENCE CHOICE

AMENDED REPORT ☐

**DATE OF HEARING** (MO) (DAY) (YR): 3 / 14 / 91
**DEPT. NO:** 3
**JUDGE:** HON. RICHARD M. SILVER
**CLERK:** PAT CHESLEIGH
**REPORTER:** SARA MAYER
**COUNSEL FOR PEOPLE:** Wm. McCardle
**COUNSEL FOR DEFENDANT:** Richard West
**PROBATION NO. OR PROBATION OFFICER:** Sonja Sheeler

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):
   ☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187** | Murder 2nd | 90 | 2 | 11 | 91 | | | X | |

2. ENHANCEMENTS (charged and found true) TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.:
   For each count list enhancements horizontally. DO NOT LIST enhancements charged but not found true or stricken under § 1385. DO NOT LIST TIME imposed.
   For indeterminate terms, report enhancements and time imposed for them on the abstract.

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.
   List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under §667.5(b) list §667.5(b) 2 times. DO NOT LIST enhancements not found true. Also enter here any enhancement not provided for in space 2. DO NOT LIST TIME imposed.
   For indeterminate terms, report enhancements and time for them on the abstract.

4. ☐ Defendant was sentenced TO DEATH on counts _____.
5. ☒ Defendant was sentenced to State Prison for an indeterminate term:
   A. ☒ For LIFE, or a term such as 15 or 25 years to life, WITH POSSIBILITY OF PAROLE on counts 1.
   B. ☐ For LIFE WITHOUT the possibility of parole on counts _____.
   C. ☐ For other term prescribed by law on counts _____. (Life Terms are on "A" and "B.")
6. ☐ Counts _____ are alternate felony/misdemeanors and were DEEMED MISDEMEANORS.
   A term in jail ☐ was ☐ was not ordered.
7. ☐ For counts _____ the defendant was placed on FELONY probation.
   A. (1) ☐ Sentence pronounced and execution of sentence was suspended; or
      (2) ☐ Imposition of sentence was suspended.
   B. Conditions of probation included ☐ Jail Time ☐ Fine
8. ☐ Other dispositions
   A. ☐ Defendant was committed to California Youth Authority.
   B. ☐ Proceedings suspended, and defendant was committed to California Rehabilitation Center.
   C. ☐ Proceedings suspended, and defendant was committed as a Mentally Disordered Sex Offender.
   D. ☐ Proceedings suspended, and defendant was committed as mentally incompetent.

**NOTE 1:** PURSUANT TO ARTICLE VI. SECTION 6 OF THE CALIFORNIA CONSTITUTION AND SECTION 68505 OF THE GOVERNMENT CODE, THE CHIEF JUSTICE REQUIRES THAT EACH SUPERIOR COURT SHALL COMPLETE THIS FORM FOR EACH INDETERMINATE SENTENCE TO STATE PRISON OR SENTENCE CHOICE OTHER THAN STATE PRISON.
**NOTE 2:** FOR DEATH SENTENCE OR INDETERMINATE SENTENCE, ABSTRACT OF JUDGMENT MUST ALSO BE PREPARED. IT IS NOT SENT TO THE ADMINISTRATIVE OFFICE OF THE COURTS (AOC).
**NOTE 3:** IF DEFENDANT IS SENTENCED ON BOTH DETERMINATE AND INDETERMINATE COUNTS, FORM DSL 290 OR 290.1 MUST BE PREPARED AND SENT TO AOC AS WELL AS THIS FORM (AND AN ABSTRACT FOR INDETERMINATE COUNTS THAT IS NOT SENT TO AOC).

**DEPUTY'S SIGNATURE** _____  **DATE** Mar. 14, 1991

REPORT – INDETERMINATE SENTENCE
FORM CR 291

Form Adopted by the Judicial Council of California Effective April 1, 1990

Const. A

**DISTRIBUTION:** PINK COPY – COURT FILE    YELLOW COPY – EXTRA    WHITE COPY – ADMINISTRATIVE OFFICE OF ___