# EXHIBIT 8

COPY

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT



Court of Appeal - Sixth App. Dist.
FILED
JAN 1 2 2007
MICHAEL J. YERLY, Clerk
By _____
DEPUTY

| | |
|---|---|
| In re SALVATORE GRAFFAGNINO, on Habeas Corpus. | H030982 (Monterey County Super. Ct. No. HC5446) |

BY THE COURT:

The petition for writ of habeas corpus is denied.

(Bamattre-Manoukian, Acting P.J., Mihara, J., and McAdams, J., participated in this decision.)

Dated ___JAN 1 2 2007___   ___BAMATTRE-MANOUKIAN, J.___ Acting P.J.