**EXHIBIT 10**

Court of Appeal, Sixth Appellate District - No. H030982
S149669

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re SALVATORE GRAFFAGNINO on Habeas Corpus

The petition for review is denied.

George, C.J., was absent and did not participate.
Kennard, J., is of the opinion the petition should be granted.



SUPREME COURT
FILED
DOCKETED
SAN FRANCISCO
APR 1 8 2007
APR 2 0 2007
Frederick K. Ohlrich Clerk
By J. HOGG
Deputy

**MORENO**

Acting Chief Justice